# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ELIAS SEPULVEDA-MADRIS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-09-00285-001 JW<br>BOP Case Number: DCAN509CR000285-001<br>USM Number: 13028-111<br>Defendant's Attorney: Manuel Araujo |

**FILED**

**JUN 12 2013**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**THE DEFENDANT:**
[x] admitted guilt to violation of condition(s) ONE AND TWO of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| ONE | The offender violated the general condition which states he shall not commit another federal, state or local crime. | January 16, 2013 |
| TWO | The offender violated special condition number one that states the offender shall comply with the rules and regulation of the Bureau of Immigration and Customs Enforcement and, if deported, no reenter the United States without the express consent of the Secretary of the Department of Homeland Security. Upon reentry into the unites states during the period of court ordered supervision, the offender shall report to the nearest U.S. Probation Office within 72 hours; in that the offender reentered the United States after being deported and failed to report to the San Jose United States Probation Office | January 13, 2012 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

6/10/2013
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer
Honorable Edward J. Davila, U. S. District Judge
Name & Title of Judicial Officer

6/11/13
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 MONTH .
No term of supervised release to follow term of imprisonment.

[ ]  The Court makes the following recommendations to the Bureau of Prisons:

[x]  The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]  The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal